UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TROY GLENN SEVASIN,<br><br>               Plaintiff<br><br>  v.<br><br>PIERCE COUNTY COUNCIL, et al.<br><br>               Defendants. | C23-5372 TSZ SKV |
| SEAN ELLIOTT,<br><br>               Plaintiff,<br><br>  v.<br><br>PIERCE COUNTY COUNCIL, et al.,<br><br>               Defendants. | C23-5486 TSZ SKV |
| NORKEITHIUS MALIK REED,<br><br>               Plaintiff,<br><br>  v.<br><br>PIERCE COUNTY, et al.,<br><br>               Defendants. | C23-5660 TSZ SKV<br><br>ORDER |

Having reviewed the Reports and Recommendations of the Honorable S. Kate Vaughan, United States Magistrate Judge, in these matters, the Court does hereby find and ORDER:

ORDER - 1

(1) The Reports and Recommendations,[1] docket no. 16 in C23-5372, docket no. 18 in C23-5486, and docket no. 9 in C23-5660, are ADOPTED;

(2) Case Nos. C23-5372, C23-5486, and C23-5660 are DISMISSED without prejudice; and

(3) The Clerk is directed to CLOSE these three cases.

IT IS SO ORDERED.

Dated this 17th day of April, 2025.

Thomas S. Zilly
United States District Judge

---

[1] In Case No. 23-5372, a copy of the Report and Recommendation was mailed to plaintiff Troy Sevasin at the Pierce County Jail, and no objection to the Report and Recommendation has been received. The Court notes, however, that the service copy of a previous order, which had also been sent to the Pierce County Jail, was returned as undeliverable in November 2024, stamped with the words "NOT HERE." In Case No. C23-5486, the service copy of the Report and Recommendation was returned as undeliverable, indicating that plaintiff Sean Elliott is no longer in custody at the Pierce County Jail. Neither Sevasin nor Elliott are currently in the custody of the Washington Department of Corrections, and the Court has no updated contact information for either of them. In Case No. C23-5660, the service copy of the Report and Recommendation was returned as undeliverable, reflecting that plaintiff Norkeithius Reed, who was previously detained at the Pierce County Jail and then transferred to Oklahoma on the way to Mississippi, see Pl.'s Letter (C23-5660, docket no. 4), is no longer in custody at the Grady County Law Enforcement Center, which was Reed's last known location.

ORDER - 2